In the Int. of M.B.

Petition of Dauphin County Children & Youth Services.

Supreme Court of Pennsylvania.

Dec. 5, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of December, 2014, the Petition for Review of Emergency Supersedeas Order Pursuant to Pa. R.A.P. 3315 and Motion to Vacate is **DENIED.**